UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS C. HOUSH,<br>            Petitioner,<br>v.<br>RONALD RACKLEY, Warden,<br>            Respondent. | Case No. 17-cv-04222-HSG (PR)<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 20 |

Petitioner's motion for default judgment is DENIED. Respondent has appeared through counsel in this case and has responded to the Court's order to show cause.

This order terminates Dkt. No. 20.

**IT IS SO ORDERED.**

Dated: 3/19/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge