UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS C. HOUSH,<br><br>    Petitioner,<br><br>  v.<br><br>RONALD RACKLEY,<br><br>    Respondent. | Case No. 17-cv-04222-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED PETITION**<br><br>Re: Dkt. No. 57 |

Good cause being shown, petitioner's request for an extension of time to file his amended petition is GRANTED. Dkt. No. 57. Petitioner shall file his amended petition by February 28, 2020. The Clerk is directed to send a courtesy copy of this order sent to plaintiff at Marin County Jail, 19 Peter Behr Drive, San Rafael CA 94903.

This order terminates Dkt. No. 57.

**IT IS SO ORDERED.**

Dated: January 29, 2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS C. HOUSH,<br><br>          Plaintiff,<br><br>    v.<br><br>RONALD RACKLEY,<br><br>          Defendant. | Case No. 17-cv-04222-HSG<br><br>**CERTIFICATE OF SERVICE** |

      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

      That on January 29, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos C. Housh ID: AP4109
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696-2000

Carlos C. Housh
Marin County Jail,
19 Peter Behr Drive
San Rafael CA 94903

Dated: January 29, 2020

          Susan Y. Soong
          Clerk, United States District Court

          By:_____
          Nikki D. Riley, Deputy Clerk to the
          Honorable HAYWOOD S. GILLIAM, JR.