UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS C. HOUSH, <br>     Plaintiff, <br> v. <br> RONALD RACKLEY, <br>     Defendant. | Case No. 17-cv-04222-HSG <br><br> **ORDER GRANTING SECOND EXTENSION OF TIME TO FILE AMENDED PETITION** <br> Re: Dkt. No. 59 |

Good cause being shown, petitioner's second request for an extension of time to file his amended petition is GRANTED. Dkt. No. 59. Petitioner shall file his amended petition by March 25, 2020. The Clerk is directed to send a courtesy copy of this order to plaintiff at Carlos C Housh, AP4109, San Quentin State Prison, 1 Main Street, 1-N-2, San Quentin, California, 94974.

The Court granted petitioner leave to file an amended petition solely to add a claim of sentencing error, specifically that California Medical Facility erred in calculating petitioner's sentence. Dkt. No. 56. Petitioner has recently been re-sentenced to a shorter sentence pursuant to a successful Cal. Penal Code § 1170(d)(1) hearing, *see* Dkt. No. 59 at 4, so it is unclear if petitioner still plans on bringing a claim of sentencing error in the instant habeas action. If petitioner's sentencing error claim has been resolved, petitioner should so inform the Court and this action will proceed on the original petition unless petitioner can demonstrate why he should be allowed to amend his petition to add claims beyond the claim of sentencing error.

//

//

//

//

This order terminates Dkt. No. 59.

**IT IS SO ORDERED.**

Dated: 2/25/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge