UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS C. HOUSH,<br><br>    Petitioner,<br><br>v.<br><br>RONALD RACKLEY,<br><br>    Respondent. | Case No. 17-cv-04222-HSG<br><br>**ORDER GRANTING THIRD EXTENSION OF TIME TO FILE AMENDED PETITION; DENYING REQUEST FOR JUDICIAL NOTICE**<br><br>Re: Dkt. Nos. 62, 63 |

Petitioner, a *pro se* prisoner, filed this action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner's request for a third extension of time to file his amended petition is GRANTED. Dkt. No. 63. Petitioner shall file his amended petition by **April 15, 2020**. The Court DENIES Petitioner's request that the Court take judicial notice pursuant to Federal Rule of Evidence 201 that the January 14, 2020 resentencing hearing shows both prosecutorial misconduct and harassment, shows a miscarriage of justice by Judge Haakenson, and shows that the California Department of Corrections destroyed petitioner's documents. Dkt. No. 62. There is no currently no resentencing claim before the Court, and the hearing transcript does not show what petitioner believes it does.

This order terminates Dkt. Nos. 62, 63.

**IT IS SO ORDERED.**

Dated: 3/16/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge