UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS C. HOUSH,<br>          Petitioner,<br>    v.<br>RONALD RACKLEY,<br>          Respondent. | Case No. 17-cv-04222-HSG<br><br>**ORDER**<br>Re: Dkt. No. 70 |

Petitioner has filed this *pro se* action for a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has requested that the petition docketed at Dkt. No. 1 remain the operative petition because the claim raised in Dkt. No. 66 has not yet been exhausted. Dkt. No. 70. The Court DENIES this request as moot. Dkt. No. 1 has always been the operative petition and continues to be the operative petition. *See, e.g.*, Dkt. Nos. 48, 67 (denying request to amend petition piecemeal).

This order terminates Dkt. No. 70.

**IT IS SO ORDERED.**

Dated: 5/26/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge