UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS C. HOUSH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DANIEL E. CUEVA, Acting Warden,<br><br>　　　　Respondent. | Case No. 17-cv-04222-HSG (PR)<br><br>**JUDGMENT** |

　　The instant petition for writ of habeas corpus has been denied on the merits.

　　Judgment is entered in favor of Respondent. Petitioner shall take nothing by way of his petition. The Clerk of the Court shall close the file.

　　**IT IS SO ORDERED.**

Dated: 2/8/2021

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge